IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-20274   GLT |
| | : |
| John A. Koval, Jr. | : Chapter 13 |
| Debtor | : Related to Docket No. 24 |
| | : |
| | : |
| John A. Koval, Jr. | : |
| Movant | : |
| | : |
| v. | : |
| U.S. Bank National Association Trustee | : |
| ℅ Specialized Loan Servicing | : |
| Respondent | : |
| | : |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on April 13, 2022, a true and correct copy of the *Loss Mitigation Order dated April 12, 2022* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**
Ronda J. Winnecour, Trustee

**Served by U.S. First Class Mail**

| | |
|---|---|
| Office of the United States Trustee | John A. Koval, Jr. |
| Suite 970, Liberty Center | 1318 Main St. |
| 1001 Liberty Avenue | Coraopolis, PA 15108 |
| Pittsburgh, PA  15219 | |
| | |
| Brian Nicholas | U.S. Bank National Association Trustee |
| KML Law Group, P.C | c/o Specialized Loan Servicing LLC |
| 701 Market Street, Suite 5000 | 6200 S. Quebec St. Suite 300 |
| Philadelphia, PA 19106 | Greenwood Village, Colorado 80111 |
| | |
| Date of Service: April 13, 2022 | /s/ Kenneth Steidl_____ |
| | Kenneth Steidl, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | 707 Grant Street |
| | Suite 2830, Gulf Tower |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | PA I.D. No. 34965 |
| | ken.steidl@steidl-steinberg.com |