FILED
8/23/22 4:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-20274 GLT |
| John A. Koval, Jr.<br>Debtor | : :| Chapter 13<br>Related to Docket No. 35 |
| John A. Koval, Jr.<br>Movant | : : | |
| v. | : | |
| U.S. Bank National Association Trustee<br>℅ Specialized Loan Servicing<br>Respondent | : : : | |

## ORDER OF COURT

A *Loss Mitigation Order* dated April 12, 2022, was entered in the above matter at Document No. 24. On August 10, 2022, a **Motion to Extend the Loss Mitigation Period** was filed by the Debtor at Document No. _____.

*AND NOW*, this 23rd day of August, 2022, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* November 23, 20 22 .

Dated: 8/23/22

_____
Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge