# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 8/23/2022 |
| Case: 22−20274−GLT | Form ID: pdf900 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov
tr      Ronda J. Winnecour      cmecf@chapter13trusteewdpa.com
aty      Kenneth Steidl      julie.steidl@steidl−steinberg.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      John A. Koval, Jr.      1318 Main St.      Coraopolis, PA 15108

TOTAL: 1