IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-20274 GLT |
| | : | |
| John A. Koval, Jr. | : | Chapter 13 |
| Debtor | : | Related to Docket No. 35 |
| | : | |
| | : | |
| John A. Koval, Jr. | : | |
| Movant | : | |
| | : | |
| v. | : | |
| U.S. Bank National Association Trustee | : | |
| ℅ Specialized Loan Servicing | : | |
| Respondent | : | |
| | : | |

## ORDER OF COURT

A *Loss Mitigation Order* dated <u>April 12, 2022</u>, was entered in the above matter at Document No. <u>24</u>. On August 10, 2022, a **Motion to Extend the Loss Mitigation Period** was filed by the Debtor at Document No. _____.

*AND NOW*, this <u>  23rd  </u> day of <u>  August  </u>, 2022, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* <u>  November 23  </u>, 20<u> 22 </u>.

Dated: 8/23/22

_____
Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20274-GLT |
| John A. Koval, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2                                User: auto                                Page 1 of 2
Date Rcvd: Aug 23, 2022                             Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

**Recip ID         Recipient Name and Address**
db             +   John A. Koval, Jr., 1318 Main St., Coraopolis, PA 15108-1864

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2022                    Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:

**Name**                          **Email Address**

Brian Nicholas
                                  on behalf of Creditor Park Place Securities  Inc. Asset-Backed Pass-Through Certificates, Series 2004-WWF1, U.S. Bank NA, as Trustee, sucecssor in interest to Wachovia Bank N.A. as Trustee bnicholas@kmllawgroup.com

Jeffrey R. Hunt
                                  on behalf of Creditor Borough of Coraopolis jhunt@grblaw.com

Kenneth Steidl
                                  on behalf of Debtor John A. Koval  Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
                                  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                                  ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6