**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John A. Koval Jr. a/k/a Jack A. Koval Jr.<br>　　　　　　Debtor(s) | BK. NO. 22-20274 GLT |
| Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WWF1, U.S. Bank NA, as Trustee, sucecssor in interest to Wachovia Bank N.A. as Trustee, its successors and/or assigns<br>　　　　　　Movant<br>v.<br>John A. Koval Jr. a/k/a Jack A. Koval Jr.<br>　　　　　　Respondent<br>and<br>Ronda J. Winnecour, Trustee<br>　　　　　　Additional Respondent | CHAPTER 13<br><br>MOTION NO.<br>FILED UNDER LOCAL BANKRUPTCY RULE 9013.4 SECTION 6(a) |

**CERTIFICATE OF SERVICE**

　　　　I, the undersigned, certify that I served or caused to be served, on February 15, 2023, a copy of the above Motion with attached proposed Order(s) of Court, and the Notice of Hearing filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

VIA ECF

Kenneth Steidl
Steidl & Steinberg
707 Grant Street, Suite 2830, Gulf Tower
Pittsburgh, PA 15219
julie.steidl@steidl-steinberg.com
VIA ECF

John A. Koval Jr. a/k/a Jack A. Koval Jr.
1318 Main Street
Coraopolis, PA 15108

Method of Service:　　　Mail first class or ECF; Specify if other:

Date: February 15, 2023

　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian Nicholas
　　　　　　　　　　　　　　　　　　　　　　　Brian Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney ID: 317240
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant