IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| John A. Koval, Jr., ) | Case No. 22-20274 GLT |
| *Debtor* ) | Chapter 13 |
| ) | Docket No. |
| John A. Koval, Jr., ) | Related to Document No. 69 |
| *Movant* ) | |
| ) | |
| vs. ) | |
| Specialist Loan Servicing, Park Place ) | |
| Securities Inc, Borough of Coraopolis, and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 15, 2024, a true and correct copy of the *Motion To Vacate Order Of Court Dated November 4, 2024 Dismissing Debtor's Chapter 13 Bankruptcy Case* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

John A. Koval, Jr.
1318 Main Street
Coraopolis, PA 15108

**Served by CM/ECF:**
Ronda J. Winnecour, Trustee


Date of Service: November 15, 2024          /s/ Kenneth Steidl
                                            Kenneth Steidl, Esquire
                                            Attorney for the Debtors
                                            STEIDL & STEINBERG
                                            436 7th Ave.- Suite 322
                                            Koppers Building
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            ken.steidl@steidl-steinberg.com
                                            PA I.D. No. 34965