FILED
6/3/26 1:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-20274-GLT |
| | : | Chapter: | 13 |
| John A. Koval, Jr. | : | | |
| | : | | |
| | : | Date: | 6/3/2026 |
| *Debtor(s).* | : | Time: | 09:30 |

## PROCEEDING MEMO

**MATTER:**      # 88 Motion to Dismiss Case filed by the ch.13 trustee

                 # 91 - Response filed by the Debtor

                 # 92 Conciliation hearing held. Contested confirmation hearing requested - Lack of payments. From 5/28/2026 conciliation conference.

**APPEARANCES** *:*

                 Debtor: Abagale Steidl
                 Trustee: Dennis Sloan

[9:45]
**NOTES:**

Sloan: Arrears are $19,697 through May. The last payment was a $250 on March 2, 2026. At conciliation, Debtor's counsel indicated that Debtor's sister may lend him money.

Steidl: I have no defense to dismissal.

**OUTCOME:**

        1. For the reasons stated on the record at the June 3, 2026 hearing, the *Motion to Dismiss Case* [Dkt. No. 88] is **GRANTED**. Case No. 22-20274-GLT is **DISMISSED** without prejudice. [HT to issue standard dismissal order]

**DATED:** 6/3/2026