**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JOHN A. KOVAL, JR.

        Debtor(s)

Ronda J. Winnecour
       Movant
   vs.
No Respondents.

Case No.:22-20274 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 02/16/2022  and confirmed on 03/29/2022 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 76,942.20 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 76,937.20 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,500.00 | |
| Trustee Fee | 4,302.89 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,802.89 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| PARK PLACE SECURITIES INC ASSET-BA( | 0.00 | 54,658.15 | 0.00 | 54,658.15 |
| Acct: 6286 | | | | |
| PARK PLACE SECURITIES INC ASSET-BA( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6286 | | | | |
| PARK PLACE SECURITIES INC ASSET-BA( | 37,424.86 | 14,223.80 | 0.00 | 14,223.80 |
| Acct: 6286 | | | | |
| BOROUGH OF CORAOPOLIS (STRMWTR) | 336.00 | 120.67 | 98.40 | 219.07 |
| Acct: C208 | | | | |
| BOROUGH OF CORAOPOLIS (STRMWTR) | 109.43 | 33.29 | 0.00 | 33.29 |
| Acct: C208 | | | | |
| | | | | 69,134.31 |
| Priority | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN A. KOVAL, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN A. KOVAL, JR. | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 22-20274 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| STEIDL & STEINBERG PC | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

---

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                             69,134.31

TOTAL CLAIMED
PRIORITY                    0.00
SECURED                 37,870.29
UNSECURED                   0.00

Date: 07/08/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com